IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Appellee*,<br><br>v.<br><br>JOSE JOYA PARADA, *et al.*,<br>*Appellants*. | NO. 22-4262(L) |

## STATUS REPORT

In compliance with this Court's October 23, 2023 order, Appellant Juan Carlos Sandoval Rodriguez files this report notifying the Court that as of today, December 22, 2023, the motion to produce the jury strike sheets for Mr. Sandoval Rodriguez's seriatim appeal, No. 22-4330, remains pending in the District of Maryland. The parties anticipate that the district court will rule on the pending motion in the near future.

Respectfully submitted this 22nd day of December, 2023.

                                                G. ALAN DUBOIS
                                                Federal Public Defender
                                                */s/ Jennifer C. Leisten*
                                                JENNIFER C. LEISTEN
                                                Assistant Federal Public Defender
                                                Appellate Attorney for Defendant
                                                Office of the Federal Public Defender
                                                150 Fayetteville Street, Suite 450
                                                Raleigh, North Carolina 27601

Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Jennifer_Leisten@fd.org
North Carolina Bar 30448

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that

(1) This report complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains no more than 244 words, and

(2) This report complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed. R. App. P. 32(a)(6), as required under Fed. R. App. P. 27(d)(1)(E), because it has been prepared in a proportionally-spaced typeface using Word 365 in 14-point Garamond.

This the 22nd day of December, 2023.

*/s/ Jennifer C. Leisten*
JENNIFER C. LEISTEN
Assistant Federal Public Defender