IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Appellee*,<br><br>v.<br><br>JOSE JOYA PARADA, *et al.*,<br>*Appellants*. | NO. 22-4262(L) |

## STATUS REPORT

In compliance with this Court's October 23, 2023 order, Appellant Juan Carlos Sandoval Rodriguez files this report updating the Court as to the status of the motion to produce the jury strike sheets in the District of Maryland as follows: On January 29, 2024, the deputy clerk in the District of Maryland produced the jury strike sheets to undersigned counsel, along with an affidavit regarding their production, in compliance with an order of the district court granting Mr. Sandoval Rodriguez's motion.

Respectfully submitted this 7th day of February, 2024.

G. ALAN DUBOIS
Federal Public Defender
*/s/ Jennifer C. Leisten*
JENNIFER C. LEISTEN
Assistant Federal Public Defender
Appellate Attorney for Defendant
Office of the Federal Public Defender

1

150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Jennifer_Leisten@fd.org
North Carolina Bar 30448

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that

(1) This report complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains no more than 258 words, and

(2) This report complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed. R. App. P. 32(a)(6), as required under Fed. R. App. P. 27(d)(1)(E), because it has been prepared in a proportionally-spaced typeface using Word 365 in 14-point Garamond.

This the 7th day of February, 2024.

*/s/ Jennifer C. Leisten*
JENNIFER C. LEISTEN
Assistant Federal Public Defender