FILED: February 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4262 (L)
(1:16-cr-00259-JKB-30)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOSE JOYA PARADA, a/k/a Calmado, a/k/a Little Jason, a/k/a Menor

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Joint appendix due: 04/15/2024

    Opening brief due: 04/15/2024

    Response brief due: 05/06/2024

    Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk