IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Appellee, | * | |
| v. | * | Case No. 22-4262 |
| **JOSE JOYA PARADA, et al.** | * | |
| Appellant. | * | |

...ooOoo...

## CONSENT MOTION FOR EXTENSION OF TIME

The United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Kenneth S. Clark and Anatoly Smolkin, Assistant United States Attorneys for said District, submits this Consent Motion for Extension of Time.

1. The appellants herein, were charged in August 2021 in a seventh superseding indictment with RICO conspiracy, in violation of 18 U.S.C. § 1962(d), and related substantive violent crimes in aid of racketeering, in violation of 18 U.S.C. § 1959. On January 26, 2022, a federal jury convicted the defendants of RICO conspiracy, RICO, and related violent crimes in aid of racketeering. Three of the four defendants were ultimately sentenced to multiple terms of life imprisonment, and Mr. Joya Parada was sentenced to 50 years in prison. Thereafter, the defendants noted an appeal with this Court. The appellants filed

their appellate brief on or about June 14, 2024. The Government's brief is due on or before July 5, 2024. This case, however, is being heard "in seriatim" with the other consolidated appeal (No. 22-4330) and the response brief in that case is due September 16, 2024.

2. Since the filing of the appellants' brief, several amicus curiae have filed additional briefs. In addition, undersigned counsel has been occupied on several other matters, including preparation for a trial this summer, and one member of the team has been on extended parental leave. Due to these events, undersigned counsel will not be able to complete a brief on behalf of the Government prior to October 3, 2024, and requires additional time to draft and file a brief. Therefore, the Government requests an additional ninety (90) days to file its brief with the Court. The requested extension is the Government's first request for an extension of time of the briefing schedule and the requested extension will not prejudice any party.

3. Undersigned counsel contacted counsel for the appellants and received their consent to the requested extension.

Wherefore, the United States of America respectfully requests that the time for the Government to submit its brief be extended up to and including October 3, 2024.

                              Respectfully submitted,

                              Erek L. Barron
                              United States Attorney

By:     /s/_____
       Kenneth S. Clark
       Anatoly Smolkin
       Assistant United States Attorneys
       36 South Charles Street, Fourth Floor
       Baltimore, Maryland 21201
       (410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>  28th  </u> day of June, 2024, a copy of the foregoing Consent Motion for Extension of Time was served via ECF on counsel for appellant.

                                                /s/
                                      Kenneth S. Clark
                                      Assistant United States Attorney