# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff-Appellee, | * | |
| v. | * | Case No. 22-4262(L) |
| JOSE JOYA PARADA, et al. | * | |
| Defendants-Appellants. | * | |

...ooOoo...

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF

The United States of America, by its undersigned attorneys, submits this Consent Motion for Extension of Time and respectfully requests a 7-day extension of time for the filing of the government's response brief. Appellants have indicated that they consent to the requested extension.

1. On January 24, 2022, after a 41-day jury trial, the Appellants were found guilty of RICO conspiracy, racketeering, and related violent crimes in aid of racketeering. The Appellants were sentenced in April and May 2022. The Appellants filed timely notices of appeal and this Court consolidated the appeals on June 7, 2022. See Order, ECF No. 8.

2. Appellant Juan Carlos Sandoval Rodriguez has another pending appeal with this Court, Case No. 22-4330, arising from a separate criminal trial in the

1

District of Maryland. This consolidated appeal is being heard "in seriatim" with Case No. 22-4330. Undersigned counsel are also representing the government in Case No. 22-4330.

3. Briefing orders were entered in April 2023 and August 2023, but the briefing schedule was suspended by the Court to allow time for Appellants to review additional transcripts that were ordered. See ECF Nos. 44, 46, 60, 63. On October 20, 2023, the Court entered another briefing order. ECF No. 67. Appellant Sandoval Rodriguez filed a motion to suspend the briefing schedule to allow the parties to seek copies of jury strike sheets from the district court. ECF No. 68. The government did not oppose the motion to suspend the briefing schedule, and this Court granted the motion. ECF No. 69.

4. On February 8, 2024, the Court entered another briefing order. ECF No. 76. The Appellant's opening brief was originally due on March 14, 2024. The Court granted the Appellants' motion for extension of time and extended the deadline by 32 days, to April 15, 2024. ECF Nos. 77, 78. The government consented to the requested extension. The Court subsequently granted the Appellants' request for an additional 60-day extension of time, making the deadline for the opening brief June 14, 2024. ECF Nos. 79, 80. The government did not oppose the requested extension.

2

5. The Appellants filed their opening brief on June 14, 2024. ECF No. 83. After the filing of the Appellants' opening brief, several amicus curiae filed additional briefs in support of the Appellants.

6. The government's brief was originally due on July 5, 2024. On June 28, 2024, the government filed a motion for extension of time to file its response brief, requesting an additional 90 days. ECF No. 104. The requested extension was based on one counsel's need to prepare for a trial over the summer and based on undersigned counsel being on extended parental leave. The Appellants consented to the government's requested extension.

7. On July 1, 2024, this Court granted the government's motion for extension of time, making the deadline for the filing of the government's response brief October 3, 2024. ECF No. 105. The Court's order noted that additional extensions would not be granted for the filing of the response brief "absent a showing of extraordinary circumstances." Id. In addition, Local Rule 31(c) provides that "[e]xtensions will be granted only when extraordinary circumstances exist."

8. For the reasons explained below, extraordinary circumstances exist to grant a 7-day extension of time for the government's response brief. Both government counsel are currently leading an active criminal investigation into a racketeering enterprise that is believed to be responsible for multiple homicides and

non-fatal shootings. Recently, undersigned counsel and law enforcement officers have received information about potential threats to a witness by members of the organization. As a result, counsel were unexpectedly required to devote substantial time over the last several weeks, which included reviewing materials gathered by law enforcement, interviewing potential witnesses, and meeting with several law enforcement agencies to determine appropriate steps to ensure the witness's safety.

9. In addition, during the week of September 2, 2024, undersigned counsel was occupied with securing the presence of a material witness in connection with a separate racketeering investigation involving a homicide.

10. Moreover, both of the government counsel in this case are involved in the separate appeal filed by Appellant Juan Carlos Sandoval Rodriguez, Case No. 22-4330. The government's response to that appeal was filed on September 16, 2024, and both government counsel devoted substantial time preparing the response brief. That appeal involved an 11-day jury trial and challenges to the admission of certain evidence and trial testimony. Government counsel were not trial counsel in that case, and preparation of the response brief required counsel to spend considerable time reviewing the entire trial record. Moreover, after the government filed its response brief in that case, Appellant Sandoval Rodriguez filed a motion to hold the case in abeyance pending the resolution of another case in the Fourth Circuit

that raises a similar issue. The government's response to Appellant Sandoval Rodriguez's motion is due on September 30, 2024.

11. Finally, the preparation of the response brief in this case has required undersigned counsel to review the transcript from a lengthy, four-day jury selection, and then respond to a consolidated brief from the Appellants raising several issues.

12. Because counsel was required to devote substantial time to other matters during the past several weeks, and in light of counsel's responsibilities in other pending cases and ongoing investigations, the government respectfully requests additional time to complete its response brief. The government does not anticipate that, even with all diligent efforts, the response brief can be filed by the current due date.

13. This case has been tentatively calendared for oral argument during the December 10-13, 2024 argument session, but a final argument date has not yet been selected. The government's requested extension of 7 days will not affect the argument schedule and will permit the Court to schedule this case during the December 10-13, 2024 argument session.

14. Counsel for the Appellants have indicated that they consent to the requested extension.

15. For the reasons set forth above, the government submits that extraordinary circumstances exist to grant a 7-day extension of time for the government's response brief.

WHEREFORE, the United States of America respectfully requests that the Court grant this Consent Motion and extend the deadline for the government's response brief by 7 days, up to and including October 10, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:    /s/
Kenneth S. Clark
Anatoly Smolkin
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, a copy of the foregoing Consent Motion for Extension of Time was served via CM/ECF on all counsel for Appellants.

                                              /s/ Anatoly Smolkin
                                              Anatoly Smolkin
                                              Assistant United States Attorney

# CERTIFICATE OF COMPLIANCE

1. This brief has been prepared using Microsoft Word, Times New Roman, 14 Point.

2. This motion complies with Fed. R. App. P. 27(d)(2) because it contains 1,055 words.

                    /s/ Anatoly Smolkin
                Anatoly Smolkin
                Assistant United States Attorney