UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4262 (L)
(1:16-cr-00259-JKB-30)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JOSE JOYA PARADA, a/k/a Calmado, a/k/a Little Jason, a/k/a Menor

      Defendant - Appellant

------------------------------

A FORMER FEDERAL JUDGE AND SEVERAL UNITED STATES DEPARTMENT OF JUSTICE OFFICIALS; AMERICAN IMMIGRATION COUNCIL; NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, d/b/a National Immigration Project

      Amici Supporting Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file the response brief.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk